In the Matter of the Application of GUARDIAN GARAGE, INC., Appellant, for a Mandamus Order against JOHN J. DORMAN, as Fire Commissioner of the City of New York, and WILLIAM SWARTOUT, as Deputy Chief in Charge of the Bureau of Fire Prevention of the Fire Department of the City of New York, Respondents.— Order denying application for a peremptory or an alternative mandamus order unanimously affirmed, with costs. We are of opinion that upon the facts the respondent fire commissioner properly revoked the permit and with equal propriety refused a further permit until compliance with the conditions attached to the variance permitted by the board of standards and appeals. We are also of opinion that no permission was granted to the petitioner to maintain a gasoline service station on these premises. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

KINGS COUNTY LIGHTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

JESSE KLEIN, Respondent, v. JOSEPH M. KLEIN, Appellant.— Order modified by striking out item 1 thereof as unnecessary because of the fact that the matter sought to be elicited is admitted in the answer; by striking from item 3 the words " and at other times;" and also by striking out item 4 upon the ground that it is vague and indefinite. As so modified, the order is affirmed, without costs; examination to proceed on five days' notice at the place and hour stated in the order. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.